UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DREW HEALTH FOUNDATION INC., et al.,<br><br>　　　　Defendants. | Case No: C 11-0701 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Dkt. 21 |

　　On July 1, 2011, Plaintiff filed a motion for leave to file an amended complaint, but failed to notice the motion. Accordingly,

　　IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file an amended complaint is set for **September 20, 2011 at 1:00 p.m.** Defendants' opposition or statement of non-opposition shall be filed by no later than July 21, 2011. Plaintiff's reply, if any, shall be filed by no later than July 28, 2011. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

　　IT IS SO ORDERED.

Dated: July 11, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL BASOLA SOBAYO,

      Plaintiff,

  v.

DREW HEALTH FOUNDATION INC. et al,

      Defendant.
_____/

Case Number: CV11-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Basola Sobayo
2148 University Avenue
East Palo Alto,  CA 94303-1714

Dated: July 13, 2011

                                         Richard W. Wieking, Clerk

                                             By: LISA R CLARK, Deputy Clerk